# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MICHAEL RIVERA, | : | No. 12 WM 2021 |
| Petitioner | : | |
| v. | : | |
| STEVE LESKINEN, NINA CAPUZZI FRANKHOUSER AND KAREN M. KUHN, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of May, 2021, the "Petition for Review Seeking a Writ of Mandamus" is DENIED, and the Preliminary Objections are DISMISSED AS MOOT. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.